**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 472 WAL 2017

            Respondent    :

            :    Petition for Allowance of Appeal from

            :    the Order of the Superior Court

            v.              :

            :

STANFORD WILLIAMS,             :

            :

            Petitioner    :


## ORDER


**PER CURIAM**

      **AND NOW**, this 23rd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.